07cv9483

(PJWx), CLOSED, DISCOVERY, MANADR, RELATED-G, TRANSFERRED

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
(Western Division - Los Angeles)
### CIVIL DOCKET FOR CASE #: 2:07-cv-03495-FMC-PJW

#4

Franz Martin et al v. Merck & Co Inc et al
Assigned to: Judge Florence-Marie Cooper
Referred to: Magistrate Judge Patrick J. Walsh
Related Case: 2:06-cv-05378-FMC-PJW
Case in other court: Los Angeles County Superior Court, West District, SC093878
Cause: 28:1441 Notice of Removal - Product Liability

Date Filed: 05/30/2007
Date Terminated: 10/31/2007
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Frank Martin**
*Husband*

represented by **Robert F Clarke**
Phillips and Associates
3030 North Third Street, Suite 1100
Phoenix, AZ 85012
602-258-8900
Email: bobc@phillipslaw.ws
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lilly Martin**
*Wife*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rosemary Lewis**
*Wife*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Lewis**
*Husband*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jane Lily**
*a single woman*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Mary Ann Lipinski
*Wife*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Stanley Lipinski
*Husband*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Irma R Lopez
*a single woman*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Nina B Lopez
*a single woman*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Alicia Lozano
*wife*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Jesus Lozano
*husband*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Isabelle Lucero
*wife*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Bob Lucero
*husband*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sandra G Luczak**
*a single woman*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jayne Luedeman**
*wife*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Luedeman**
*husband*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Yolanda Lugaresi**
*a single woman*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Teresa Lugo**
*wife*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Javier Lugo**
*husband*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nancy Lumsden**
*a single woman*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ramona C Lunn**
*wife*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Lunn**

represented by **Robert F Clarke**

*husband*           (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Norma A Lynch**     represented by **Robert F Clarke**
*a single woman*           (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Zhuning Ma**     represented by **Robert F Clarke**
*wife*           (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Qinlei Ma**     represented by **Robert F Clarke**
*husband*           (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tina Mackler**     represented by **Robert F Clarke**
*a single woman*           (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Linda MacMullen**     represented by **Robert F Clarke**
*wife*           (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gary MacMullen**     represented by **Robert F Clarke**
*husband*           (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lackarajie Mahesar**     represented by **Robert F Clarke**
*wife*           (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Balram Mahesar**     represented by **Robert F Clarke**
*husband*           (See above for address)

                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rosaline Maldonado**                     represented by    **Robert F Clarke**
*a single woman*                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alice Manning**                            represented by    **Robert F Clarke**
*a single woman*                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Neida Marquez**                          represented by    **Robert F Clarke**
*a single woman*                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dana Marshal**                            represented by    **Robert F Clarke**
*a single woman*                                            (See above for address)
                                                           *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Florence I Martin**                       represented by    **Robert F Clarke**
*a single woman*                                            (See above for address)
                                                           *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Harry Marxey**                          represented by    **Robert F Clarke**
*husband*                                                          (See above for address)
                                                           *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Linda Marxey**                          represented by    **Robert F Clarke**
*wife*                                                                   (See above for address)
                                                           *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary Lou Mastorakos**               represented by    **Robert F Clarke**
*wife*                                                                  (See above for address)
                                                           *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leonard Mastorakos**
*husband*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nana Maynard**
*a single woman*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ann McClearley**

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Fred McCuistion**
*husband*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mignon McCuistion**
*wife*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jacqueline F McGee**
*a single woman*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lillian McGrievy,**
*wife*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph McGrievy**
*husband*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Geri McLoughlin**
*a single woman*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ricardo Miramontes**
*husband*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sandra Miramontes**
*wife*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anita Mitchell**
*a single woman*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lisa R Mitchell**
*wife*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Mitchell**
*husband*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tonya Lynn Mitchell**
*a single woman*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marlys E Moholt**
*a single woman*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nancy S Mohr**  
*a single woman*

represented by **Robert F Clarke**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Monica Montgomery**  
*a single woman*

represented by **Robert F Clarke**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Julie Montijo**  
*a single woman*

represented by **Robert F Clarke**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lillie G Morgan**  
*a single woman*

represented by **Robert F Clarke**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ruth B Mosley**  
*a single woman*

represented by **Robert F Clarke**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lucile M Mott**  
*wife*

represented by **Robert F Clarke**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paul Mott**  
*husband*

represented by **Robert F Clarke**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Krystyna Mozingo**  
*wife*

represented by **Robert F Clarke**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Mozingo**

represented by **Robert F Clarke**

*husband*
    (See above for address)
    *LEAD ATTORNEY*
    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Grace Narvey**
*a single woman*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Laura S Nelson**
*a single woman*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Naomi Niesinger**
*a single woman*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lupe Nunez**
*wife*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Matias Nunez**
*husband*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donna M O'Connell**
*a single woman*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kathleen Oliver**
*a single woman*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Raymonda Pahlka**
*a single woman*

represented by **Robert F Clarke**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Merck & Co Inc**
*a New Jersey Corporation*

represented by **Douglas C Emhoff**
Venable
2049 Century Park East, 21st Floor
Los Angeles, CA 90067
310-229-9900
Email: demhoff@venable.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey M Tanzer**
Venable
2049 Century Park East, 21st Floor
Los Angeles, CA 90067
310-229-9900
Email: jtanzer@venable.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**McKesson Corporation**
*a Delaware corporation*

represented by **Anthony G Brazil**
Morris Polich & Purdy
1055 West 17th St, 24th Fl
Los Angeles, CA 90017-2503
213-891-9100
Email: abrazil@mpplaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas C Emhoff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey M Tanzer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan S Wynne**
Morris Polich & Purdy
1055 W 7th St, 24th Fl
Los Angeles, CA 90017-2503
213-891-9100
Email: mwynne@mpplaw.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wendi J Frisch**
Morris Polich and Purdy
1055 West Seventh Street, Suite 2400
Los Angeles, CA 90017
213-891-9100
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Does**
*1-50*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/30/2007 | 1 | NOTICE OF REMOVAL from Los Angeles County Superior Court, West District of California at Santa Monica, case number SC093878 with conformed copy of summons and complaint. Case assigned to Judge S. James Otero, Discovery to Magistrate Judge Jeffrey W. Johnson. (Filing fee $ 350 PAID), filed by defendant Merck & Co Inc. (jp) (Entered: 06/06/2007) |
| 05/30/2007 | 2 | CERTIFICATION AND NOTICE of Interested Parties filed by Defendant Merck & Co Inc. (jp) (Entered: 06/06/2007) |
| 05/30/2007 | 3 | NOTICE TO PARTIES OF ADR PILOT PROGRAM filed.(jp) (Entered: 06/06/2007) |
| 05/30/2007 |  | FAX number for Attorney Robert F Clarke is 602-288-1671. (jp) (Entered: 06/06/2007) |
| 05/30/2007 |  | FAX number for Attorneys Douglas C Emhoff, Jeffrey M Tanzer is 310-229-9901. (jp) (Entered: 06/06/2007) |
| 05/31/2007 | 4 | NOTICE of Related Case(s) filed by Defendant Merck & Co Inc. Related Case(s): CV 06-5378 FMC (PJWx) and other related cases (rn) (Entered: 06/06/2007) |
| 06/05/2007 | 5 | INITIAL STANDING ORDER for Cases Assigned to Judge S. James Otero. Read this order carefully. It controls this case and differs in some respects from the Local Rules. (See document for further details.)(pcl) (Entered: 06/07/2007) |
| 06/05/2007 | 9 | ANSWER to Complaint [1] filed by defendant Merck & Co Inc.(pcl) (Entered: 06/07/2007) |
| 06/06/2007 | 6 | MINUTES (IN CHAMBERS) by Judge S. James Otero: Counsel are hereby notified that a Scheduling Conference has been set for 7/9/1007 at 8:30 AM before District Judge S. James Otero in Courtroom 1600, 312 North Spring Street, Los Angeles, California 90012. Counsel are directed |

| | | |
|---|---|---|
| | | to comply with Rule 26(f) of the FRCP in a timely fashion and to file a Joint Rule 26(f) report on or before 6/25/2007. (See document for further details.) (pcl) (Entered: 06/07/2007) |
| 06/06/2007 | 7 | ANSWER to Complaint [1] and JURY DEMAND filed by defendant McKesson Corporation.(pcl) (Entered: 06/07/2007) |
| 06/06/2007 | | FAX number for Attorneys Anthony G Brazil, Wendi J Frisch, Megan S Wynne is 213-448-1178. (pcl) (Entered: 06/07/2007) |
| 06/06/2007 | 8 | CERTIFICATION as to Interested Parties filed by Defendant McKesson Corporation. (pcl) (Entered: 06/07/2007) |
| 06/12/2007 | 10 | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 - Related Case- filed. Related Case No: 2:06-cv-5378-FMC(FFMx). Case transfered from Judge Jeffrey W. Johnson and S. James OteroSigned by Judge Florence-Marie Cooper (tami) (Entered: 06/12/2007) |
| 06/22/2007 | | COPY OF LETTER FROM THE JUDICIAL PANEL ON MDL dated 6/22/2007 regarding case number MDL 1789 with copy of Conditional Transfer Order. (ama) Modified on 6/18/2007 (ama, ). (Entered: 06/22/2007) |
| 06/22/2007 | 12 | NOTICE OF MOTION AND MOTION to Stay Proceedings filed by defendant Merck & Co Inc.Motion set for hearing on 7/23/2007 at 10:00 AM before Judge Florence-Marie Cooper. Lodged proposed order. (pcl) (Entered: 07/03/2007) |
| 06/22/2007 | 13 | REQUEST FOR JUDICIAL NOTICE in Support of MOTION to Stay Proceedings [12] filed by defendant Merck & Co Inc. (pcl) (Entered: 07/03/2007) |
| 06/25/2007 | 15 | Amended Notice of MOTION to Stay Proceedings [12] filed by Defendant Merck & Co Inc. (pcl) (Entered: 07/03/2007) |
| 06/27/2007 | 11 | MINUTES OF IN CHAMBERS ORDER ON TRANSFER OF CASE TO JUDGE COOPER and ORDER TAKING MOTION OFF-CALENDAR by Judge Florence-Marie Cooper : This action has been reassigned to the HONORABLE FLORENCE-MARIE COOPER, United States District Judge.Please substitute the initials FMC in place of the initials SJO. The case number will now read: 2:07-cv-03495-FMC-PJWx. Henceforth, it is imperative that the initials FMC be used on all documents to prevent any delays in processing of documents. The Plaintiff's Motion to Stay, filed 6-22-07, is removed from this Courts July 23, 2007 calendar. The Court will issue its ruling without oral argument. (ama) (Entered: 06/27/2007) |
| 06/29/2007 | 14 | STIPULATION AND ORDER by Judge Florence-Marie Cooper: IT IS HEREBY ORDERED that Mercks MOTION for Stay is granted, and that all proceedings in this action are stayed pending transfer of the above-captioned action to the MDL proceeding in the Southern District of New York, or until further order of the Court [12].(pcl) (Entered: 07/03/2007) |
| 10/31/2007 | 16 | TRANSFER ORDER from the Judicial Panel on Multidistrict Litigation |

| | | |
|---|---|---|
| | | MDL 1789, transferring case to USDC Southern District of New York, assigned to Judge John F. Keenan. Original file, certified copy of the transfer order, of the docket sheet, and CV 22 sent. (MD JS-6. Case Terminated.) (mg) (Entered: 11/02/2007) |
| 11/02/2007 | | TRANSMITTAL of documents: Original case file, certified copies of order of transfer and docket sheet, and form CV 22, sent to USDC Southern District of New York. (mg) (Entered: 11/02/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/02/2007 12:58:59 | | | |
| PACER Login: | us3877 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:07-cv-03495-FMC-PJW |
| Billable Pages: | 7 | Cost: | 0.56 |