USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/27/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                               :

In re REFCO, INC. SECURITIES LITIGATION  :     05 Civ. 8626 (GEL)

                               :
-------------------------------------------------------------x
                               :

AMERICAN FINANCIAL INTERNATIONAL  :         **ORDER**
GROUP–ASIA, L.L.C. et al.,              :

                               :
                  Plaintiffs,      :     05 Civ. 8988 (GEL)

     -against-                    :

PHILLIP R. BENNETT et al.,           :

                               :
                  Defendants.     :

                               :
-------------------------------------------------------------x
                               :

CHRISTOPHER CARMONA, derivatively on  :
behalf of THE GOLDMAN SACHS GROUP,  :
INC.,                              :

                               :
                  Plaintiff,      :

     -against-                    :     05 Civ. 9327 (GEL)

HENRY M. PAULSON et al.,           :

                               :
                  Defendants,    :
     -and-                     :

THE GOLDMAN SACHS GROUP, INC.,    :
a Delaware corporation,            :

                               :
                Nominal Defendant.  :

                               :
-------------------------------------------------------------x
                               :

THOMAS H. LEE EQUITY FUND V, L.P. et al.,  :

                               :
                  Plaintiffs,     :
                               :     05 Civ. 9608 (GEL)

     - against-                  :

PHILLIP R. BENNETT et al.,                          :

                        Defendants.                 :

                                                    :

----------------------------------------------------------------x

                                                    :

In re REFCO CAPITAL MARKETS, LTD.                   :
BROKERAGE CUSTOMER SECURITIES                       :          06 Civ. 643 (GEL)
LITIGATION                                          :

                                                    :

----------------------------------------------------------------x

                                                    :

THOMAS H. LEE EQUITY FUND V, L.P. et al.,           :

                                                    :

                        Plaintiffs,                 :

                                                    :          07 Civ. 6767 (GEL)

    - against-                                      :

                                                    :

MAYER, BROWN, ROWE & MAW LLP,                       :

                                                    :

                        Defendant.                  :

                                                    :

----------------------------------------------------------------x

                                                    :

MARC S. KIRSCHNER, as Trustee of the                :
Refco Litigation Trust,                             :

                                                    :

                        Plaintiff,                  :

                                                    :          07 Civ. 7074 (GEL)

    - against-                                      :

                                                    :

THOMAS H. LEE PARTNERS, L.P. et al.,                :

                                                    :

                        Defendants.                 :

                                                    :

----------------------------------------------------------------x

                                                    :

AXIS REINSURANCE COMPANY,                           :

                                                    :

                        Plaintiff,                  :

                                                    :          07 Civ. 7924 (GEL)

    - against-                                      :

                                                    :

PHILLIP R. BENNETT et al.,                          :

2

|  |  |  |
|---|---|---|
| Defendants. | : | |
| | : | |
| ------------------------------------------------------------x | : | |
| | : | |
| MARC S. KIRSCHNER, as Trustee of the<br>Refco Private Actions Trust, | : | |
| | : | |
| Plaintiff, | : | |
| | : | 07 Civ. 8165 (GEL) |
| - against- | : | |
| | : | |
| PHILLIP R. BENNETT et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |
| ------------------------------------------------------------x | : | |
| | : | |
| THOMAS H. LEE EQUITY FUND V, L.P. et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | 07 Civ. 8663 (GEL) |
| - against- | : | |
| | : | |
| GRANT THORNTON LLP, | : | |
| | : | |
| Defendant. | : | |
| | : | |
| ------------------------------------------------------------x | : | |
| | : | |
| VR GLOBAL PARTNERS, L.P. et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | 07 Civ. 8686 (GEL) |
| - against- | : | |
| | : | |
| PHILLIP R. BENNETT et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |
| ------------------------------------------------------------x | : | |
| | : | |
| CAPITAL MANAGEMENT SELECT FUND<br>LTD. et al., | : | |
| Plaintiffs, | : | |

3

```
                                            :        07 Civ. 8688 (GEL)
        - against-                          :
                                            :
PHILLIP R. BENNETT et al.,                  :
                                            :
                    Defendants.             :
                                            :
-------------------------------------------x
                                            :
MARC S. KIRSCHNER, as Trustee of the        :
Refco Litigation Trust,                     :
                                            :
                    Plaintiff,              :
                                            :        07 Civ. 9238 (GEL)
        - against-                          :
                                            :
THOMAS HACKL et al.,                        :
                                            :
                    Defendants.             :
                                            :
-------------------------------------------x
                                            :        07 Civ. 9420 (GEL)
In re REFCO, INC.                           :        07 Civ. 9482 (GEL)
                                            :        07 Civ. 9483 (GEL)
-------------------------------------------x        07 Civ. 10302 (GEL)
```

GERARD E. LYNCH, District Judge:

        The Court has received a letter from counsel for defendant Grant Thornton LLP stating that the parties to a number of the above-captioned cases have been attempting to schedule a meeting to discuss matters to be addressed at the status conference currently scheduled for November 30, 2007, at 3:30 p.m., but that the parties have been unable to meet as a result of the large number of counsel and the intervening Thanksgiving holiday. Having received a request to adjourn the status conference for a brief period to permit interested parties to confer, it is hereby ORDERED that the status conference is re-scheduled for December 10, 2007, at 3 p.m.


SO ORDERED.

Dated:  New York, New York
        November 27, 2007

                                            _____
                                            GERARD E. LYNCH
                                            United States District Judge

4