*Keenan, J*

Norman C. Kleinberg (NK 2735)
Theodore V. H. Mayer (TM 9748)
William J. Beausoleil (WB 5296)
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x
IN RE:                                                 :
Fosamax Products Liability Litigation                  :     1:06-md-1789 (JFK)
                                                       :
-------------------------------------------------------x
*This Document Relates to:*                            :
Franz Martin, et al.                                   :
v. Merck & Co., Inc.                                   :
Case No: 1:07-cv-9483-JFK                              :
                                                       :
-------------------------------------------------------x

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Ronald McBee in the above-captioned case and Defendant Merck & Co., Inc., ("Merck") through their respective undersigned counsel, as follows:

1. This case having been resolved upon the agreement of the above-named Plaintiff to voluntarily dismiss with prejudice his claim against Merck in the above-captioned case and the agreement of Merck not to seek from Plaintiff its fees and costs. The following Plaintiff Ronald McBee is hereby dismissed from the above-captioned case with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

2. Each party is to bear its own costs and attorneys' fees.

BA2/340350

Dated: ~~April~~ August 12, 2008

| PHILLIPS & ASSOCIATES | HUGHES HUBBARD & REED LLP |
|---|---|
| By _/s/_ Lowell W. Finson | By _/s/_ Theodore V. H. Mayer (TM 9748) |
| 3030 N. Third St. | One Battery Park Plaza |
| Suite 1100 | New York, New York 10004 |
| Phoenix, AZ 85012-3049 | (212) 837-6888 |
| (602) 258-8900 ext. 295 | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Merck & Co, Inc.* |

SO ORDERED: /s/ John F. Keenan  8/14/08
Hon. John F. Keenan

BA2/340350